## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH McKNIGHT, | ) | 3:09-CV-0757-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 18, 2011 |
| NORTHERN NEVADA CORRECTIONAL CENTER, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's request for a copy of the order scheduling inmate early mediation conference (#15) is **GRANTED**.  The Clerk shall **SEND** plaintiff a copy of the order (#14).

   **IT IS SO ORDERED.**

                                                           LANCE S. WILSON, CLERK

                                                    By:    /s/
                                                           Deputy Clerk