# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH McKNIGHT, | ) | 3:09-CV-0757-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 21, 2011 |
| | ) | |
| NORTHERN NEVADA CORRECTIONAL CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to have this case immediately decided based solely on plaintiff's medical records, sworn testimony, current condition, etc. (#53) is **DENIED**. Pursuant to the scheduling order (#24), motions for summary judgment are due on July 11, 2011. Plaintiff may file a proper motion that complies with the requirements of Local Rule 56-1 at that time if he chooses.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
          Deputy Clerk