UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH McKNIGHT, | ) | 3:09-CV-0757-LRH (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 22, 2011 |
| NORTHERN NEVADA CORRECTIONAL CENTER, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff has filed a motion to extend prison copywork limit (#63).  That motion is **DENIED**.  A dispositive motion is fully briefed and pending before this court.  No further discovery or motion practice is required in this case at this time.

   **IT IS SO ORDERED.**

                                                              LANCE S. WILSON, CLERK

                                                   By:   /s/
                                                              Deputy Clerk