# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH McKNIGHT, | ) | 3:09-CV-0757-LRH (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 22, 2011 |
| | ) | |
| NORTHERN NEVADA CORRECTIONAL | ) | |
| CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>LISA MANN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to extend viewing privileges of medical and psychological records (#65) is **DENIED.**

Plaintiff's motion of sincere and desperate request for intervention and order for immediate medical attention and adequate hosing complying with M.R.S.A. quarantine safety standards and serious medical needs of inmate (#66) is **DENIED**.  This motion is based upon facts that are currently before the court in the defendants' motion for summary judgment.  The court has this motion under submission for decision and no further briefing is required at this time.

Defendants' motion for leave to file confidential document under seal (#78) is **GRANTED**.  Plaintiff's reply to defendants' reply (#87) is extraneous briefing and is hereby **STRICKEN**.  Pursuant to Local Rule 7-2, motion practice consists of a motion, an opposition, and a reply.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:___<u>   /s/   </u>_____
    Deputy Clerk