UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

KENNETH C. McKNIGHT,   )   3:09-CV-00757-LRH-VPC
)
      Plaintiff,   )
v.   )   <u>MINUTE ORDER</u>
)
NORTHERN NEVADA CORRECTIONAL   )
CENTER; *et al.*,   )   March 6, 2013
)
      Defendants.   )
)

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  <u>  NONE APPEARING  </u>   REPORTER:  <u>  NONE APPEARING  </u>

COUNSEL FOR PLAINTIFF(S):  <u>        NONE APPEARING        </u>

COUNSEL FOR DEFENDANT(S):  <u>        NONE APPEARING        </u>

**MINUTE ORDER IN CHAMBERS**:

    Plaintiff has not responded to this Court's Order (#112)[1] advising that the action would be dismissed without prejudice for Plaintiff's failure to comply with LSR 2-2 and notify the court of a change of address.

    IT THEREFORE IS ORDERED that this action is hereby **DISMISSED without prejudice** for failure to comply with the Court's Order (#112) and notify the court of a change of address pursuant to LSR 2-2.  The Clerk of Court shall enter final judgment accordingly.

                                LANCE S. WILSON, CLERK

                                  By:  <u>        /s/        </u>
                                         Deputy Clerk

---

[1] Refers to the court's docket number.